OCTOBER 27, 1955

**No. 59396.**—SUIT 4713.—Wilbur-Ellis Company *v.* United States.——Abstract 55884. (Appeal dismissed on motion September 15, 1955.)

BEFORE THE SECOND DIVISION, NOVEMBER 3, 1955

**No. 59397.**—Samuel Shapiro & Co., Inc. *v.* United States, protests 248035–K and 248036–K (Baltimore).

Opinion by LAWRENCE, J. It was stipulated that the items of merchandise consist of plate steel (not crucible plate steel nor saw plate steel), not thinner than 0.109 inch, valued at over 3 cents per pound, not coated or galvanized with spelter, zinc, metal or alloy of metals, not containing layers of metal or metals imposed thereon by any process, not pickled or cleaned by acid or by any other material or process, and cold-rolled, smoothed only, and not polished. Upon the agreed facts, the claim of the plaintiff was sustained.

**No. 59398.**—Trans World Shipping Corp. *v.* United States, protest 248883–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise is composed wholly or in chief value of wood, the claim of the plaintiff was sustained.